Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY, MISSOURI**

| | |
|---|---|
| **TERRY AND ROSE WADE,**<br>**TYLER AND JESSICA WADE,**<br>**KEVIN POTHETOS**<br>**TEDDY AND SUMMER THOMURE,**<br>**SEBASTIAN AND SHELBY THOMURE,**<br>**DUSTIN PICOU,**<br>**BENJAMIN AND RICHELLE LOVELESS,**<br>**LOVELESS HOMES &**<br>**PROPERTIES LLC,**<br>**ALEXANDER HODGES,**<br>**TOMMY HARRIS,**<br>**BRADLY AND TAMMY GILLAM,**<br>**BEAU AND MISTY BUSH, and**<br>**WALTER AND JOANNE ALLEN,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**BRANDON LORENZ**<br><br>**and**<br><br>**SRG GLOBAL AUTOMOTIVE**<br>**COATINGS LLC**<br><br>**and**<br><br>**FARMINGTON NON-OPEARTIVE**<br>**HOLDINGS, LLC**<br><br>**Defendants.** | **Case No. 26SF-CC00077** |

**<u>SECOND AMENDED PETITION FOR DAMAGES</u>**

Plaintiffs Terry and Rose Wade, Tyler and Jessica Wade, Kevin Pothetos, Teddy and Summer Thomure, Sebastian and Shelby Thomure, Dustin Picou, Benjamin and Richelle Loveless, Loveless Homes & Properties LLC, Alexander Hodges, Tommy Harris, Bradly

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

and Tammy Gillam, Beau and Misty Bush, and Walter and JoAnne Allen, for their Second Amended Petition for Damages against Brandon Lorenz and SRG Global Automotive Coatings LLC and Farmington Non-Operative Holdings, LLC, state as follows:

**NATURE OF ACTION, JURISDICTION, AND VENUE**

1. This is an action by property owners and residents in and near the Delassus neighborhood in Farmington, Missouri who have been harmed by hazardous and carcinogenic per- and polyfluoroalkyl substances (PFAS) chemicals, including PFOS and PFOA, that migrated via air and groundwater from the former SRG Global Automotive Coatings, LLC (hereinafter "SRG") electroplating plant in Farmington, Missouri to their properties.

2. Defendant Brandon Lorenz managed the former SRG electroplating plant in Farmington, Missouri and assumed and had the duty and direct responsibility to manage environmental safety and to warn and instruct neighboring property owners and residents regarding the migration of hazardous chemicals from the SRG plant to their properties.

3. The PFAS emitted from the former SRG electroplating plant has contaminated Plaintiffs' properties, including their soil, groundwater, air, living spaces, groundwater aquifer, and drinking water.

4. The PFAS emitted from the former SRG electroplating plant has exposed Plaintiffs Terry and Rose Wade, Tyler Wade, Kevin Pothetos, Teddy and Summer Thomure, Sebastian and Shelby Thomure, Benjamin and Richelle Loveless, Alexander Hodges, Tommy Harris, Bradly and Tammy Gillam, Beau and Misty Bush, and Walter and JoAnne

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

Allen to hazardous and carcinogenic chemicals, causing environmental harm and an increased risk for latent diseases and cancers that necessitate medical monitoring.

5. Plaintiffs do not seek damages for any PFAS contained in any firefighting (AFFF) foam products.

6. Venue is proper in this Court pursuant to Mo. Rev. Stat. Section 508.010 because Plaintiffs were first injured in this County.

7. Jurisdiction is proper in this Court pursuant to the Mo. Rev. Stat. Section 478.070.

## PARTIES

8. Terry and Rose Wade are United States and Missouri citizens and residents who jointly own and reside at properties at 3229 and 3235 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-20-03-04-004-0002.00.

9. Tyler Wade is a United States and Missouri citizen and resident who owns and resides at property at 3260 Pine Street, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-00-000-0076.00.

10. Jessica Wade is a United States and Missouri citizen and resident who is married to Tyler Wade and resides at 3260 Pine Street, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-00-000-076.00.

11. Kevin Pothetos is a United States and Missouri citizen and resident who owns and resides at property at 1837 Doubet Road, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-00-000-0075.00.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

12. Teddy and Summer Thomure are United States and Missouri citizens and residents who jointly own and reside at property at 3262 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-03-011-0001.02.

13. Sebastian and Shelby Thomure are United States and Missouri citizens and residents who jointly own and reside at property at 3245 Pine Street, Farmington, St. Francois County, Missouri, Parcel No. 14-10-11-00-000-0001.10.

14. Dustin Picou is a United States and Missouri citizen and resident who owns and resides at property at 3166 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-20-10-00-000-0008.00.

15. Loveless Homes & Properties LLC is a Missouri limited liability company that owns properties at 4132 and 4126 Highway 221, Farmington, St. Francois County, Missouri, Parcel Nos. 14-10-02-00-000-0038.02 and 14-10-02-00-000-0035.03.

16. Benjamin and Richelle Loveless manage and control Loveless Homes & Properties LLC and are United States and Missouri citizens and residents who have been exposed to PFAS at properties owned by Loveless Homes & Properties LLC at 4132 and 4126 Highway 221, Farmington, St. Francois County, Missouri.

17. Alexander Hodges is a United States and Missouri citizen and resident who owns and resides at property at 3243 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-20-03-04-004-0004.00.

18. Tommy Harris is a United States and Missouri citizen and resident who owns and resides at properties at 3990 and 3984 Highway 221, Farmington, St. Francois County, Missouri, Parcel No. 14-20-03-00-000-0024.00.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

19. Bradly and Tammy Gillam are United States and Missouri citizens and residents who jointly own and reside at property at 4087 Second Street, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-03-006-0003.00.

20. Beau and Misty Bush are United States and Missouri citizens and residents who jointly own and reside at property at 3167 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-20-10-00-000-0004.00.

21. Walter and JoAnne Allen are United States and Missouri citizens and residents who jointly own and reside at properties at 4085 and 4091 Third Street and 3311 Delassus Road, Farmington, St. Francois County, Missouri, Parcel No. 14-10-02-03-005-0003.00.

22. Defendant Brandon Lorenz is a Missouri resident residing at 4519 State Highway 72, Jackson, Missouri 63755, who worked at and/or managed the former SRG Farmington plant from 2006 through at least 2019.

23. Defendant SRG is a Delaware limited liability corporation, formerly known as SRG Global, Inc., and is registered to do business in the State of Missouri and may be served through its registered agent United Agent Group Inc., 12747 Olive Blvd., Suite 300B, St. Louis MO 64131-6269. Defendant SRG's sole member is Guardian Industries Holdings, LLC, a Delaware limited liability corporation.

24. The sole member of Guardian Industries Holdings, LLC is GI, LLC, a Delaware limited liability corporation.

25. The sole member of GI, LLC is Guardian Industries Resources, LLC, a Delaware limited liability corporation.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

26. The sole member of Guardian Industries Resources, LLC is Guardian Industries Equity Holdings, LLC, a Delaware limited liability corporation.

27. The sole member of Guardian Industries Equity Holdings, LLC is KGIC Holdings LLC, a Delaware limited liability corporation.

28. The sole member of KGIC Holdings, LLC is Koch Industries, Inc., a privately held corporation with its principal place of business in Wichita, Kansas.

29. Defendant Farmington Non-Operative Holdings, LLC is a Delaware limited liability corporation that has assumed liabilities for the claims asserted herein relating to operations of the SRG Farmington electroplating plant.

## FACTUAL ALLEGATIONS

30. Defendant Lorenz served as plant manager of the SRG Farmington plant at all relevant times herein, where he assumed and had a direct duty and responsibility for overseeing environmental safety and warning nearby property owners and residents about the migration of hazardous chemicals from the SRG Farmington plant to Plaintiffs' properties and residences.

31. SRG owned and operated an electroplating manufacturing plant in Farmington, Missouri at 2055 Progress Drive from approximately 2008 through 2024.

32. At the SRG Farmington plant, plastic parts were electroplated with hexavalent chromium, a known human carcinogen.

33. At the SRG Farmington plant, fume suppressants containing PFAS, including PFOS and PFOA, were used to suppress hexavalent chromium emissions.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

34. The SRG Farmington plant failed to contain its hexavalent chromium and PFAS fume suppressant emissions in its manufacturing processes, such that both hexavalent cDhromium and PFAS chemicals migrated into the groundwater and air surrounding the SRG Farmington plant to Plaintiffs' properties and residences.

35. The PFAS fume suppressants have migrated further and faster than the hexavalent chromium emissions from the SRG Farmington plant into the surrounding air and groundwater from which Plaintiffs draw their drinking water.

36. PFAS are a family of human-made, synthetic chemical compounds containing fluorine and carbon atoms that do not exist naturally in the environment.

37. PFAS chemicals migrate long distances through soil and groundwater and are transported long distances through the air.

38. PFAS chemicals persist in the environment and do not readily break down or biodegrade – they are thus referred to as "forever chemicals."

39. PFAS chemicals permeate and move through air, soil, and groundwater, where they can be breathed and ingested by humans.

40. PFAS chemicals are toxic to humans at very low levels and bioaccumulate in humans.

41. As PFAS chemicals bioaccumulate in the bloodstream, kidneys, liver, and other organs and tissues of the human body, they become toxic and cause serious latent harm to humans including cancers, thyroid harm, ulcerative colitis, reproductive health harm, increased cholesterol levels, and birth defects.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

42. The hazardous PFAS chemicals used at and discharged from the SRG Farmington plant have migrated into the soil, air, living spaces, groundwater, and drinking water underlying the SRG plant and onto and under Plaintiffs' properties and residences in and near Farmington, Missouri.

43. Plaintiffs did not know, could not know, and should not have known until June 2023 that the hazardous PFAS chemicals used at and discharged from the SRG Farmington plant had migrated into the soil, air, living spaces, groundwater and drinking water on and under Plaintiffs' properties and residences because Defendant Lorenz withheld that safety information from them and the public.

44. Prior to 2019, Defendant Lorenz knew or should have known that the SRG Farmington plant was releasing hexavalent chromium and PFAS to the groundwater aquifer underneath the SRG plant and that such chemicals were migrating into the groundwater used for drinking water at surrounding properties including Plaintiffs' properties and residences.

45. In or about October of 2017, Defendant Lorenz informed Ozark Steel Fabricators, Inc., which operated a plant nearby the SRG Farmington plant, that SRG was releasing hexavalent chromium into soil and groundwater that was migrating to the Ozark Steel Fabricators, Inc. property.

46. Defendant Lorenz did not notify Plaintiffs that the SRG Farmington plant was releasing hexavalent chromium to the underground aquifer from which they drew their drinking water.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

47. In or about March of 2019, Defendant Lorenz informed Ozark Steel Fabricators, Inc. that he believed its drinking water was contaminated with hexavalent chromium and PFAS.

48. Defendant Lorenz did not warn or instruct Plaintiffs that their drinking water was contaminated with hexavalent chromium and PFAS.

49. In April of 2019, samples taken from Ozark Steel Fabricators, Inc.'s drinking water showed high levels of PFAS contamination, and those results were communicated to Defendant Lorenz.

50. Defendant Lorenz did not warn or instruct Plaintiffs that the drinking water samples at Ozark Steel Fabricators, Inc. had been found to contain high levels of PFAS contamination.

51. Defendant Lorenz withheld health and safety information from Plaintiffs regarding the nature and extent of hazardous contamination that had migrated from the SRG Farmington plant into Plaintiffs' properties and drinking water.

52. The hazardous PFAS chemicals that migrated from the SRG Farmington plant into Plaintiffs' soil, air, living spaces, groundwater, and drinking water are carcinogenic and hazardous to human health.

53. As a result of Defendant Lorenz's failure to warn and SRG's wrongful actions and inaction, Plaintiffs were exposed to hazardous and carcinogenic levels of PFAS at their properties and in their drinking water.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

54. As a direct and proximate result of Defendant Lorenz's failure to warn and SRG's wrongful actions and inaction, Plaintiff Jessica Wade contracted hypothyroidism in or about 2022 after consuming PFAS contaminated well water for several years.

55. EPA has issued Maximum Contaminant Level Goals of Zero ng/l for PFOS and PFOA in drinking water and Maximum Contaminant Levels (MCLs) for PFOA and PFOS in drinking water at 4.0 ng/l.

56. Sampling of Plaintiffs' drinking water and properties demonstrates that Plaintiffs have been and continue to be exposed to hazardous levels of PFAS. Plaintiffs' water and environmental samples taken by SRG consultants and independent consultants have yielded the following results:

a. Terry and Rose Wade: Tap water sampling on July 22–23, 2025 detected PFOS at 31 ng/L and PFOA at 9.6 ng/L. SRG consultant sampling on April 12, 2023 detected PFOS at 28.6 ng/L and PFOA at 7.1 ng/L, and on September 30, 2025 detected PFOS at 27.1 ng/L and PFOA at 7.0 ng/L. Attic dust sampling detected PFOS at 52 µg/kg and PFOA at 7.5 µg/kg.

b. Tyler and Jessica Wade: Tap water sampling on February 17, 2026 detected PFOS at 17.2 ng/L and PFOA at 4.07 ng/L. SRG consultant sampling on May 8, 2023 detected PFOS at 11.4 ng/L and PFOA at 1.6 ng/L.

c. Kevin Pothetos: Attic and soil sampling on June 4, 2026 detected PFOS at 26.7 ng/g in attic dust and 5.55 ng/g in soils.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

d. Teddy and Summer Thomure: Tap water sampling on July 22–23, 2025 detected PFOS at 16 ng/L and PFOA at 6.3 ng/L. SRG consultant sampling on May 8, 2023 detected PFOS at 17.2 ng/L and PFOA at 4.3 ng/L.

e. Sebastian and Shelby Thomure: Well head sampling on July 22–23, 2025 detected PFOS at 44 ng/L and PFOA at 3.3 ng/L.

f. Dustin Picou: Tap water sampling on July 22–23, 2025 detected PFOS at 5.2 ng/L and PFOA at 2.1 ng/L.

g. Benjamin and Richelle Loveless / Loveless Homes & Properties LLC: Tap water sampling on July 22–23, 2025 at two locations detected PFOS at 5.93 ng/L and PFOA at 1.0 ng/L at one location, and PFOS at 5.62 ng/L and PFOA at 9.8 ng/L at the other.

h. Alexander Hodges: Tap water sampling on July 22–23, 2025 detected PFOS at 17 ng/L and PFOA at 6.5 ng/L. Water heater sampling detected PFOS at 17 ng/L and PFOA at 7.0 ng/L. SRG consultant sampling on September 30, 2025 detected PFOS at 15.4 ng/L and PFOA at 6.0 ng/L.

i. Tommy Harris: Tap water sampling on July 22–23, 2025 detected PFOS at 5.1 ng/L and PFOA at 3.6 ng/L. SRG consultant sampling on May 13, 2025 detected PFOS at 4.5 ng/L and PFOA at 1.9 ng/L, and on September 30, 2025 detected PFOS at 4.9 ng/L and PFOA at 2.4 ng/L. Pond surface water sampling detected PFOS at 5.4 ng/L and PFOA at 1.2 ng/L. Attic dust sampling detected PFOS at 4.8 µg/kg and PFOA at 2.1 µg/kg.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

j. Bradly and Tammy Gillam: Tap water sampling on July 22–23, 2025 detected PFOS at 12 ng/L and PFOA at 4.7 ng/L. SRG consultant sampling on October 10, 2023 detected PFOS at 10.7 ng/L and PFOA at 3.7 ng/L.

k. Beau and Misty Bush: Tap water sampling on July 22–23, 2025 detected PFOS at 0.48 ng/L. PFOA was not detected.

l. Walter and JoAnne Allen: Tap water sampling on July 22–23, 2025 detected PFOS at 23 ng/L and PFOA at 2.5 ng/L. SRG consultant sampling on September 30, 2025 detected PFOS at 21.4 ng/L and PFOA at 1.8 ng/L.

57. Plaintiffs were not notified that their drinking water is contaminated with hazardous PFAS levels until June 2023.

**<u>COUNT I - NEGLIGENCE</u>**
**(Defendant Brandon Lorenz)**

58. Plaintiffs hereby incorporate by reference all allegations contained in the foregoing paragraphs as if fully set forth herein.

59. As plant manager of the SRG Farmington plant, Defendant Lorenz had superior knowledge of the nature, extent, and migration of hazardous PFAS and hexavalent chromium contamination from the SRG Farmington plant into the surrounding groundwater, air, and drinking water at neighboring properties. That contamination was not known to and was not reasonably discoverable by Plaintiffs.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

60. Defendant Lorenz assumed and undertook a duty to warn and/or instruct neighboring property owners and residents, including Plaintiffs, that their properties and drinking water were contaminated with hexavalent chromium and PFAS emissions from the SRG Farmington plant.

61. Defendant Lorenz failed to use ordinary care and was negligent in the following respects:

a. Defendant Lorenz failed to warn or instruct Plaintiffs that hazardous PFAS and hexavalent chromium had migrated or were migrating from the SRG Farmington plant into Plaintiffs' soil, air, living spaces, groundwater, and drinking water;

b. Defendant Lorenz failed to warn or instruct Plaintiffs that their drinking water was contaminated with hazardous levels of PFAS and hexavalent chromium;

c. Defendant Lorenz selectively disclosed the existence of PFAS and hexavalent chromium contamination to at least one neighboring property owner while deliberately withholding that same information from Plaintiffs; and

d. Defendant Lorenz withheld health and safety information from Plaintiffs regarding the nature and extent of hazardous contamination migrating from the SRG Farmington plant to Plaintiffs' properties and drinking water, depriving Plaintiffs of the opportunity to take measures to protect themselves and their properties.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

62. As a direct and proximate result of Defendant Lorenz’s failure to use ordinary care and negligence, Plaintiffs Terry and Rose Wade, Tyler Wade, Kevin Pothetos, Teddy and Summer Thomure, Sebastian and Shelby Thomure, Dustin Picou, Alexander Hodges, Tommy Harris, Bradly and Tammy Gillam, Beau and Misty Bush, and Walter and JoAnne Allen incurred damages to their persons and properties, including, but not limited to, contamination of their properties and drinking water, the need for remediation, home water and air filters and plumbing replacements, and medical monitoring.

63. As a direct and proximate result of Defendant Lorenz's failure to use ordinary care and negligence, Plaintiff Loveless Homes & Properties LLC has incurred damages to its properties at 4132 and 4126 Highway 221, Farmington, Missouri, including, but not limited to, contamination of those properties and drinking water, the need for remediation, and home water and air filters and plumbing replacements.

64. As a direct and proximate result of Defendant Lorenz's failure to use ordinary care and negligence, Plaintiffs Benjamin and Richelle Loveless, as managers of the properties owned by Loveless Homes & Properties LLC, have been exposed to hazardous and carcinogenic PFAS chemicals and have incurred damages to their persons, including, but not limited to, the need for medical monitoring.

65. As a direct and proximate result of Defendant Lorenz’s failure to use ordinary care and negligence, property owner Plaintiffs have suffered loss of use and enjoyment of their properties.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

66. As a direct and proximate result of Defendant Lorenz's failure to use ordinary care and negligence, Plaintiff Jessica Wade has suffered hypothyroidism personal injury and damage, including medical costs, pain and suffering, and loss of enjoyment of life.

WHEREFORE, Plaintiffs pray for judgment against Defendant Brandon Lorenz for damages that are fair and reasonable in excess of $25,000, for costs and interest, and for such further relief as is warranted in the interest of justice.

**COUNT II - NEGLIGENCE**
**(Defendants SRG and Farmington Non-Operative Holdings, LLC)**

67. Plaintiffs incorporate by reference all allegations contained in the foregoing paragraphs as if fully set forth herein.

68. Defendant SRG knew or should have known that its activities or failures to act would cause an unreasonable risk of harm to Plaintiffs and others in the vicinity of its Farmington, Missouri electroplating facility unless reasonable care was exercised to prevent such harm.

69. Defendant SRG had and assumed a duty to exercise reasonable care to protect and warn individuals living in the area surrounding its Farmington electroplating facility, including Plaintiffs.

70. Defendant SRG failed to use ordinary care and was negligent in the following ways:

a. Defendant SRG failed to adequately contain and remediate the hazardous chemicals that migrated from the SRG Farmington facility

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

into the surrounding air, soil, living spaces, groundwater and drinking water, including Plaintiffs' living environment and drinking water;

b. Defendant SRG failed to use safer technologies for its electroplating process that would not utilize carcinogenic chemicals such as hexavalent chromium and PFAS suppressants;

c. Defendant SRG failed to adequately warn Plaintiffs and others in Farmington that hazardous chemicals including PFAS had migrated into the air, soil, living spaces, drinking water, and groundwater;

d. Defendant SRG failed to adequately contain PFAS emissions at the SRG Farmington facility through closed systems in the electroplating processes; and,

e. Defendant SRG failed to adequately sample, treat, or remove PFAS from wastewater and air discharges, bypasses, and leaks that migrated into Plaintiffs' environment and drinking water.

71. As a direct and proximate result of Defendant SRG's failure to use ordinary care and negligence, Plaintiffs Terry and Rose Wade, Tyler Wade, Kevin Pothetos, Teddy and Summer Thomure, Sebastian and Shelby Thomure, Dustin Picou, Alexander Hodges, Tommy Harris, Bradly and Tammy Gillam, Beau and Misty Bush, and Walter and JoAnne Allen incurred damages to their persons and properties, including, but not limited to, contamination of their properties and drinking water, the need for remediation, home water and air filters and plumbing replacements, and medical monitoring.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

72. As a direct and proximate result of Defendant SRG's failure to use ordinary care and negligence, Plaintiff Loveless Homes & Properties LLC has incurred damages to its properties at 4132 and 4126 Highway 221, Farmington, Missouri, including, but not limited to, contamination of those properties and drinking water, the need for remediation, and home water and air filters and plumbing replacements.

73. As a direct and proximate result of Defendant SRG's failure to use ordinary care and negligence, Plaintiffs Benjamin and Richelle Loveless, as managers of the properties owned by Loveless Homes & Properties LLC, have been exposed to hazardous and carcinogenic PFAS chemicals and have incurred damages to their persons, including, but not limited to, the need for medical monitoring.

74. As a direct and proximate result of Defendant SRG's failure to use ordinary care and negligence, property owner Plaintiffs have suffered loss of use and enjoyment of their properties.

75. As a direct and proximate result of Defendant SRG's failure to use ordinary care and negligence, Plaintiff Jessica Wade has suffered hypothyroidism personal injury and damage, including medical costs, pain and suffering, and loss of enjoyment of life.

WHEREFORE, Plaintiffs pray for judgment against Defendant SRG Global Automotive Coatings, LLC and Farmington Non-Operative Holdings, LLC, for damages that are fair and reasonable in excess of $25,000, for costs and interest, and for such further relief as is warranted in the interest of justice.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

## COUNT III – Private Nuisance
**(Defendants SRG and Farmington Non-Operative Holdings, LLC)**

76. Plaintiffs incorporate by reference all allegations contained in the foregoing paragraphs as if fully set forth herein.

77. The conduct of Defendant SRG at its Farmington electroplating facility alleged herein created a substantial and unreasonable interference with Plaintiffs' use and enjoyment of their properties, and/or diminution in value of those properties, as well as a substantial and unreasonable threat to Plaintiffs' health and safety.

78. Plaintiffs draw and have drawn their drinking and bathing water from the groundwater aquifer beneath and near Farmington, Missouri and breathed the air that SRG has contaminated with PFAS.

79. Defendant SRG operated its Farmington manufacturing facility and its remediation activities in Farmington, Missouri such that hazardous chemicals migrated into the drinking water aquifer and air at Plaintiffs' properties.

80. As a result of Defendant SRG's actions and inaction, hazardous PFAS chemicals have entered the air, soil, living spaces, groundwater and drinking water of Plaintiffs' properties.

81. Defendant SRG's release and failure to prevent migration of hazardous PFAS chemicals into the Plaintiffs' properties has substantially impaired Plaintiffs' use and enjoyment of their properties and has caused Plaintiffs damages including, but not limited to, property damages and the need for PFAS medical monitoring.

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

82. Defendant SRG's nuisance activities are continuing and ongoing and should be abated through remediation.

83. As a direct and proximate result of Defendant SRG's nuisance activities, Plaintiff Jessica Wade has incurred personal injury damages including but not limited to pain and suffering and medical expenses.

WHEREFORE, Plaintiffs pray for judgment against Defendant SRG Global Automotive Coatings, LLC and Farmington Non-Operative Holdings, LLC, for damages that are fair and reasonable in excess of $25,000, for costs and interest, and for such further relief as is warranted in the interest of justice.

**DEMAND FOR JURY TRIAL**

Plaintiffs request a jury trial on all issues so triable.

Respectfully submitted,

*/s/ Brian J. Madden*

Brian J. Madden MO #40637
Alison L. Bangert MO #71297
Sam A. Moore MO #74970
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100/Fax (816) 531-2372
bmadden@wcllp.com
abangert@wcllp.com
smoore@wcllp.com

Electronically Filed - ST. FRANCOIS - July 24, 2026 - 01:50 PM

Scott S. Bethune MO #35685
Wes Shumate MO #60396
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO 64105
Tel. (816) 421-1600/Fax (816) 472-5972
sbethune@dbjlaw.net
wshumate@dbjlaw.net

John F. Garvey MO #35879
Colleen Garvey MO #72809
STRANCH, JENNINGS & GARVEY, PLLC
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel. (314) 390-6750/Fax (615) 255-5419
jackg@bsjfirm.com
colleeng@bsjfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2026, the above document was filed utilizing this Court's CM/ECF system, thereby sending notice of said filing to all counsel of record in this matter.

*/s/ Brian J. Madden*
**ATTORNEY FOR PLAINTIFFS**