**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TERRY WADE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON LORENZ, et al.,<br><br>Defendants. | Case No. 4:26-cv-01315 |

**FARMINGTON NON-OPERATIVE HOLDINGS LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, the undersigned discloses the following information about Farmington Non-operative Holdings, LLC ("FNOH"):

1. **If the subject is a nongovernmental corporate party or nongovernmental corporation that seeks to intervene,**

   a. **Whether it is publicly traded, and if it is, on which exchange(s):**

      No.

   b. **Its parent companies or corporations (if none, state "none"):**

      TERF Holdings, LLC

   c. **Its subsidiaries not wholly owned by the subject (if none, state "none"):**

      None.

   d. **Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):**

      None.

**2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:**

Farmington Non-operative Holdings, LLC is a Delaware limited liability company. Its sole member is TERF Holdings, LLC, a Delaware limited liability company.

TERF Holdings, LLC's sole member is GI Domestic Holdings, LLC, a Delaware limited liability company.

GI Domestic Holdings, LLC's members are GI Resources II Holdings, LLC, a Delaware limited liability company and Guardian Industries Holdings, LLC, a Delaware limited liability company.

GI Resources II Holdings, LLC's sole member is Guardian Industries Holdings, LLC, a Delaware limited liability company.

Guardian Industries Holdings, LLC's sole member is GI, LLC, a Delaware limited liability company.

GI, LLC's sole member is Guardian Industries Resources, LLC, a Delaware limited liability company.

Guardian Industries Resources, LLC's sole member is Guardian Industries Equity Holdings, LLC, a Delaware limited liability company.

Guardian Industries Equity Holdings, LLC's sole member is KCIG Holdings, LLC, a Delaware limited liability company.

KCIG Holdings, LLC's sole member is Koch Companies, LLC, a Delaware limited liability company.

Koch Companies, LLC's sole member is Koch, Inc., a Kansas corporation with a principal place of business in Kansas.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Dated: August 18, 2026

By: /s/ *Patricia Lehtinen Silva*

LATHROP GPM LLP
Allyson E. Cunningham # 64802
William G. Beck # 26849
Patricia Lehtinen Silva # 67213
Elizabeth D. Hatting # 67337
2323 Grand Boulevard, Ste. 800
Kansas City, Missouri 64108
Phone: (816) 292-2000
Fax: (816) 292-2001
allyson.cunningham@lathropgpm.com
william.beck@lathropgpm.com
patricia.silva@lathropgpm.com
elizabeth.hatting@lathropgpm.com
***Attorneys for FNOH***