**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TERRY WADE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON LORENZ, et al.,<br><br>Defendants. | Case No. 4:26-cv-01315 |

**DEFENDANT SRG'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, the undersigned discloses the following information about RESRG Automotive Coatings LLC[1]:

1. **If the subject is a nongovernmental corporate party or nongovernmental corporation that seeks to intervene,**

    a. **Whether it is publicly traded, and if it is, on which exchange(s):**

    N/A

    b. **Its parent companies or corporations (if none, state "none"):**

    RESRG Automotive LLC

    c. **Its subsidiaries not wholly owned by the subject (if none, state "none"):**

    None.

    d. **Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):**

    None.

2. **If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or**

[1] As noted in Defendant SRG's pending Memorandum of Law in Support of its Motion to Dismiss Counts II and III, Plaintiffs' naming of SRG Global Automotive Coatings, LLC is believed to be a misnomer for SRG Global Coatings, LLC. After the transaction described in the Memorandum another entity with the name of SRG Global Coatings, LLC was formed ("New SRG"). Today, New SRG is named RESRG Automotive Coatings LLC but the entity is not a proper defendant to this action. Accordingly, this Corporate Disclosure Statement is filed with respect to RESRG Automotive Coatings LLC.

**entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:**

See below. One or more of the individual investors or employees referenced below with respect to the partners or members of Atlas Capital Resources (P) IV LP, Atlas Capital GP IV LP, Atlas Capital Resources GP IV LLC, Atlas GP Global Holdings LLC Group Holdings LLC, ACR IV Feeder A-2 LP, and/or ACR IV Feeder A-1 LP are citizens of Missouri.

1. RESRG Automotive Coatings LLC's sole member is RESRG Automotive LLC.
2. RESRG Automotive LLC's sole member is RESRG Automotive Holdings LLC.
3. RESRG Automotive Holdings LLC's sole member is RESRG Automotive Intermediate LLC.
4. RESRG Automotive Intermediate LLC's sole members are RESRG Automotive US Group LLC and RESRG Automotive Global Holdings LLC.
5. RESRG Automotive US Group LLC's sole member is RESRG Automotive Global Holdings LLC.
6. RESRG Automotive Global Holdings LLC's sole members are Rehau Invest AG, a corporation, and ACR IV Auto Holdings LLC.
7. ACR IV Auto Holdings LLC's sole members are Atlas Capital Resources (P) IV LP, and ACR IV (A8) Auto LP (collectively the "Private Funds").
8. The partners of the Private Funds are individual investors.
9. The general partner of the Private Funds is Atlas Capital GP IV LP.
10. The partners of Atlas Capital GP IV LP are employees of Atlas FRM LLC ("Atlas"), the investment adviser of the Private Funds.
11. The general partner of Atlas Capital GP IV LP is Atlas Capital Resources GP IV LLC.
12. The sole members of Atlas Capital Resources GP IV LLC are individual employees of Atlas and Atlas GP Global Holdings LLC.
13. The sole members of Atlas GP Global Holdings LLC are senior management employees of Atlas.
14. ACR IV (A8) Auto LP's partners are ACR IV (A8-Splitter) Auto LLC; ACR IV Feeder A-1 LP; and ACR IV Feeder A-2 LP.
15. The sole members of ACR IV (A8-Splitter) Auto LLC are ACR IV (A8-B) Auto, Inc. and ACR IV (A8-B) Auto (UK) Ltd, both corporations.
16. The partners of ACR IV (A8) Auto LP are ACR IV Feeder A-2 LP and ACR IV Feeder A-1 LP.
17. The partners of ACR IV Feeder A-2 LP are individual investors.
18. The partners of ACR IV Feeder A-1 LP are individual investors.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Dated: August 18, 2026

By: /s/ *Patricia Lehtinen Silva*

LATHROP GPM LLP
Allyson E. Cunningham # 64802
William G. Beck # 26849
Patricia Lehtinen Silva # 67213
Elizabeth D. Hatting # 67337
2323 Grand Boulevard, Ste. 800
Kansas City, Missouri 64108
Phone: (816) 292-2000
Fax: (816) 292-2001
allyson.cunningham@lathropgpm.com
william.beck@lathropgpm.com
patricia.silva@lathropgpm.com
elizabeth.hatting@lathropgpm.com
***Attorneys for Defendants***